PER CURIAM: *
The grand jury returned a one count indictment against Oscar Castellano-Mar-tinez, charging §§ 1326(a) and 1326(b), with a maximum penalty of twenty years’ imprisonment. Upon a plea of guilty to the single count, the district court sentenced him to thirty-six months in prison. Concluding that the proceedings were infected by the then-evolving principles of Apprendi, we VACATE the judgment of conviction and sentence and REMAND to allow proceedings to commence afresh, including rearraignment, acceptance of any tendered plea of guilty in which Castellano-Martinez admits to the conduct supporting the charge under §§ 1326(a) and 1326(b), which under Apprendi includes the elements of both, or to trial upon a plea of not guilty entered by Castellano-Martinez or the court. Nothing herein forecloses the usual processes of plea bargaining.

 Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.